## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | | |
|---|---|---|
| **ANGELA D. HOUSE,** | ) | |
| *Plaintiff,* | ) | **CASE NO. 6:15-CV-00026** |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY** | ) | |
| | ) | **By: Norman K. Moon** |
| *Defendant.* | ) | **United States District Judge** |

This matter is before the Court on the Commissioner's Motion for Summary Judgment and Plaintiff's brief seeking summary judgment (docket nos. 32 & 33), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 38, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition.

After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I will adopt the Report in its entirety. Accordingly:

1. The Report of February 3, 2017, is hereby **ADOPTED** in its entirety;

2. The Commissioner's Motion for Summary Judgment is hereby **GRANTED**;

3. Plaintiff's Motion for Summary Judgment is hereby **DENIED**;

This case is hereby **DISMISSED** and stricken from the active docket of the Court. The Clerk of Court is directed to send a copy of this Order to counsel of record.

Entered this __24th__ day of February, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE